**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
In re:                                                                    Chapter 13
Steven & Kim Rotello
                                                                              Index No. 08-36435
Debtors,
_____x


**CONSENT ORDER**

    I Steven &Kim Rotello, the Debtors herein, hereby consent to the withdrawal of Law Office of Shmuel Klein, PC and substitution of Joshua N. Bleichman as Attorney of Record in the above referenced cases.

Dated:  Spring Valley, New York
        February 13, 2009        /s/ Steven Rotello /s/ Kim Rotello
                                                      Steven & Kim Rotello, Debtors

      /s/ Shmuel Klein                    /s/Joshua N. Bleichman
   Shmuel Klein                             Joshua N. Bleichman

SO ORDERED AND APPROVED:

_____
Hon. Cecelia G. Morris USBJ

Dated:  Poughkeepsie, New York
        March_____, 2009